United States District Court
Northern District of California

1
2
3
4    UNITED STATES DISTRICT COURT
5    NORTHERN DISTRICT OF CALIFORNIA
6
7    EVE MIRANDA,                          Case No. 14-cv-02031-JD
                                           Case No. 14-cv-02465-JD
             Plaintiff,
8         v.
9    COACH, INC., et al.,                  **CONSOLIDATION ORDER**
10           Defendants.
11
12   MARY LOU AYALA,
13           Plaintiff,
          v.
14
15   COACH, INC., et al.,
16           Defendants.
17
18       The Court orders the above two cases consolidated for all purposes. The earlier-filed civil
19   action, Case No. 14-2031, shall serve as the lead case for consolidation purposes. The later-filed
20   civil action, Case No. 14-2465, will remain active in case there is cause at a later date to separate
21   the cases. All motions shall be filed in the lead case unless the Court orders otherwise.
22       **IT IS SO ORDERED.**
23   Dated: August 21, 2014
24                                                  _____
25                                                  JAMES DONATO
                                                    United States District Judge
26
27
28