**AKIN GUMP STRAUSS HAUER & FELD LLP**
GREGORY W. KNOPP (SBN 237615)
gknopp@akingump.com
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone:    310-229-1000
Facsimile:    310-229-1001

Attorneys for Defendants
COACH, INC. and COACH SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVE MIRANDA and MARY LOU AYALA, as individuals, on behalf of themselves and all others similarly situated, | Case No. 14-cv-02031-JD |
| Plaintiffs, | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS COACH, INC. AND COACH SERVICES, INC.;** [~~PROPOSED~~] **ORDER** |
| v. | |
| COACH, INC.; COACH SERVICES, INC., and DOES 1 thru 50, inclusive, | |
| Defendants. | Complaint Filed: March 20, 2014 |

4:14-CV-02031

1    PLEASE TAKE NOTICE that Defendants COACH, INC. and COACH

2 SERVICES, INC. have retained AKIN GUMP STRAUSS HAUER & FELD LLP to

3 substitute as counsel for EPSTEIN BECKER & GREEN, P.C. in the above-captioned

4 matter.

5    Withdrawing counsel for Defendants COACH, INC. and COACH SERVICES,

6 INC. are:

7    Aaron Franklin Olsen
     Epstein Becker & Green, P.C.
8    1925 Century Park East, Suite 500
     Los Angeles, CA 90067-2506
9    (310) 557-9508
     Fax: (310) 553-2165
10   Email: cemail@ebglaw.com

11   Kevin Dennis Sullivan
     Epstein Becker & Green, P.C.
12   1925 Century Park East, Suite 500
     Los Angeles, CA 90067
13   310-556-8861
     Fax: 310-553-2165
14   Email: Ksullivan@ebglaw.com

15   Michael Stuart Kun
     Epstein Becker & Green, P.C.
16   1925 Century Park East
     Suite 500
17   Los Angeles, CA 90067
     310-556-8861
18   Fax: 310-553-2165
     Email: cemail@ebglaw.com
19

20   All pleadings, orders and notices should henceforth be served upon the following

21 substituted counsel for Defendants COACH, INC. and COACH SERVICES, INC.:

22   Gregory W. Knopp
     Akin Gump Strauss Hauer & Feld LLP
23   2029 Century Park East, Suite 2400
     Los Angeles, CA 90067
24   Telephone:  310-229-1000
     Facsimile:   310-229-1001
25   Email: gknopp@akingump.com

26

27

28

                                    1                          4:14-CV-02031
─────────────────────────────────────────────────────────────────
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS COACH, INC. AND
COACH SERVICES, INC.; [PROPOSED] ORDER

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated: 7/28/15

COACH, INC. and COACH SERVICES, INC.

By *[signature]*

Dated: _____

EPSTEIN BECKER & GREEN, P.C.

By_____/s/_____
    Kevin Sullivan
    Former Attorney

Dated: _____

AKIN GUMP STRAUSS HAUER & FELD LLP

By_____/s/_____
    Gregory W. Knopp
    New Attorney

    I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated: _____

AKIN GUMP STRAUSS HAUER & FELD LLP

By_____/s/_____
    Gregory W. Knopp
    New Attorney

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated: _____9/14/2015_____

               _____
               JUDGE OF THE UNITED STATES
               DISTRICT

**APPROVED**

Judge James Donato

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

14-CV-02031

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS COACH, INC. AND COACH SERVICES, INC.; [PROPOSED] ORDER